EPHRAIM DRUCKER, Respondent, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

Reported below, 73 Hun, 102.
(Argued December 5, 1895; decided December 19, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 16, 1893, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Brainard Tolles* for appellants.

*Roger Foster* for respondent.

Judgment affirmed, with costs, on opinion of General Term. All concur.